WILLIAM KELLY, Appellant, *v.* ANNA C. DEVLIN, as Administratrix, etc., et al., Respondents.

(Argued November 19, 1883 ; decided January 15, 1884.)

THE opinion simply discusses the evidence, holding there was sufficient to sustain the judgment.

*Nelson J. Waterbury* for appellant.

*John H. Strahan*, *Albert Cardozo* and *Richard L. Newcombe* for respondents.

*Per curiam* opinion for affirmance. •
All concur.
Judgment affirmed.